IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BOBBY REX STRIBLING, JR., :
:
Plaintiff, :
:
v. : CIVIL ACTION NO.: CV210-069
:
WAYNE COUNTY JAIL; JOHN :
CARTER, Sheriff; GARY "BO" :
JACKSON, Captain; and JAMES :
BUNCH, Sgt., :
:
Defendants. :

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that the Wayne County Jail should not be dismissed as a defendant in his suit.

Plaintiff's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Objections are **OVERRULED**. Plaintiff's claims against the Wayne County Jail are **DISMISSED**.

**SO ORDERED**, this 21 day of July, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)