# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

BOBBY REX STRIBLING, JR., :

    Plaintiff, :

v. : CIVIL ACTION NO.: CV210-069

JOHN CARTER, Sheriff; :
GARY "BO" JACKSON, Captain; :
and JAMES BUNCH, Sgt., :

    Defendants. :

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff states that he had no knowledge of the grievance procedures and was not informed how or where to file a grievance. Plaintiff never asserted in his Response to Defendants' Motion that he was unfamiliar with the grievance procedure. Instead, he asserted that he filed a grievance concerning the mixing of segregated and general population inmates before he filed the instant suit. Plaintiff admits in his Response that he did not file a grievance concerning the attack at issue until after his suit was filed in this Court. (Doc. No. 58-1, p. 4). Plaintiff states he filed this grievance to protect himself after filing a complaint. Plaintiff also states he filed a second grievance because he did not receive a response to the grievance he filed concerning the mixing of inmates. Plaintiff's actions indicate he had knowledge of the grievance procedure, and failed to follow that procedure.

Plaintiff's Objections are without merit and are **OVERRULLED**. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** without prejudice. The Clerk is authorized and directed to enter the appropriate judgment.

**SO ORDERED**, this 5 day of May, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA